# In the United States Court of Federal Claims

Nos. 98-168C, 02-1632C

(Filed: April 3, 2003)

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Pursuant to this court's order of March 13, 2003, on March 28, 2003, defendant filed a second *in camera* submission addressing, in greater detail, the scope of the CID investigation and the bearing that investigation will have on case Nos. 98-168C and 02-1632C. Having carefully reviewed defendant's submission, the court now believes that all phases of both cases, including not only any further discovery, but also the further briefing and consideration of any pending dispositive motions, should be stayed.

Thus, while mindful of the need to move this long-standing litigation forward, this court, nonetheless, feels compelled to make the following provisions:

1. All proceedings in both cases, including further briefing on the pending summary judgment motion and motion to dismiss in case No. 98-168C, are hereby stayed until further order of the court.

2. Defendant shall file a status report on the progress of the CID investigation on or before July 1, 2003, and every **sixty (60) days** thereafter. To the extent necessary, all or a portion of these reports may be filed *in camera*.

3. Once the stay is lifted, the court will make every effort to expedite resolution of these cases.

**IT IS SO ORDERED.**

/s Francis M. Allegra
Francis M. Allegra
Judge