# In the United States Court of Federal Claims

Nos. 98-168C, 02-1632C

(Filed: July 21, 2003)

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

First, plaintiff's motion (contained in its unsolicited status report filed on July 15, 2003) to reconsider this court's order of May 20, 2003, denying reconsideration of this court's stay order of April 3, 2003, is hereby **DENIED**.

Second, defendant's motion to strike plaintiff's July 15, 2003, status report is hereby **DENIED**. Defendant, however, is correct in noting that the status report filed by plaintiff was not requested by the court and is unhelpful – the latter result is not surprising given that the report proceeds from the necessarily limited vantage point of the investigated rather than the investigator. Should the court, based upon defendant's *in camera* filings, believe that input from plaintiff would be helpful in deciding whether to lift the stay, it will order such a report. *See* RCFC 1, 16. Until that time, should plaintiff, in the future, wish to file a status report or a further motion for reconsideration of the stay, it shall do so only after obtaining leave from the court via an appropriate motion. Care should be exercised in not abusing the latter option. *See* RCFC 11.

**IT IS SO ORDERED.**

/s Francis M. Allegra
Francis M. Allegra
Judge