IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 98-168C, 02-1632C<br>Judge Francis M. Allegra |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AFFIDAVIT RESPECTING INCREASED COSTS TO NORTH STAR INCURRED DUE TO STAY OF LITIGATION**

Plaintiff North Star Alaska Housing Corporation ("North Star") respectfully requests leave to file an Affidavit of North Star's Treasurer, Rhonda Sekyra, for the purpose of informing the Court of important information relating to the current stay of proceedings. While mindful of the Court's prior admonition to exercise care in seeking leave for this purpose (see Order dated July 21, 2003), North Star considers the information in the Affidavit of Ms. Sekyra crucial to the Court's understanding of the burden that the stay is imposing upon it.

The Sekyra Affidavit reports that North Star is presently incurring additional costs of $92,403 per month substantially as a result of the Government's erroneous and punitive interpretations of the Lease. These interpretations of the Lease are the subject of the litigation and many of them were to be the subject of a Motion for Summary Judgment. The continued stay of litigation leaves North Star with no present means of redressing these losses. The Affidavit also reports that North Star has still not been contacted by a Government investigator for any information that may be relevant to the announced investigation.

North Star respectfully request that the Court grant this motion for leave so that North Star has an opportunity to demonstrate the financial costs of the ongoing stay and that the Court consider this information in its review of the Government's *in camera* filings with respect to the stay.

Respectfully submitted,

s/ Paul W. Killian

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 887-4000

Dated: September 17, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Leave to File Affidavit Respecting Increased Costs to North Star Incurred Due to Stay of Litigation was served electronically this 17th day of September, 2003 on:

Donald E. Kinner, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

s/ Paul W. Killian
__________________________
Paul W. Killian

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION, Plaintiff, | ) | No. 98-168 C; No. 02-1632C<br>Judge Francis M. Allegra |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

AFFIDAVIT OF RHONDA SEKYRA

I, Rhonda Sekyra, having personal knowledge of the facts contained in this affidavit and being competent to testify to them hereby state as follows:

1. I am the Treasurer of North Star Alaska Housing Corporation ("North Star").

2. While the stay of litigation is in place, North Star suffers the daily financial impact of the Government's lease violations, which are detailed in its July 15, 2003 status report to the Court. As illustrated by the appended spreadsheet entitled "North Star Increased Costs Because of Stayed Litigation July/August 2003," the financial impact to North Star during July and August 2003 totals approximately $184,806. This figure includes rent withheld by the Government, work authorization amounts not reimbursed by the Government, increased maintenance costs, and increased accounting costs incurred because of the government taking advantage of Lease interpretation which are before the Court. Thus, North Star suffers an approximately $92,403 loss each month that the Court's stay is in place and the Government's conduct under the Lease goes unchecked.

3. To date, no one from the Government has contacted North Star respecting any criminal investigation or potential criminal investigation.

I have reviewed the foregoing affidavit consisting of three (3) numbered paragraphs. I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Executed: September 12, 2003

DEBRA L. FINAMORE NOTARY PUBLIC STATE OF WASHINGTON COMMISSION EXPIRES 03-06-04

Rhonda Sekyra

Sworn to and subscribed before me this 12 day of September, 2003

Notary Public
My Commission expires: 3/6/04

# NORTH STAR
## INCREASED COSTS BECAUSE OF STAYED LITIGATION
## JULY / AUGUST 2003

| | | July/Aug 2003 |
|---|---|---|
| 1) | **Rent Withheld By Government Because of Issues Before the Court** | **25,179** |
| 2) | **Work Authorization (W/A) Amounts Not Reimbursed Because of Issues Before the Court** | |
| | W/A Billed (10% overhead billed plus 40% unbilled and | 114,289 |
| | W/A Approved by Government | 50,735 |
| | W/A Amounts Not Paid | **63,553** |
| 3) | **Increased Maintenance Costs Incurred Because of Issues Before the Court** | |
| | Salary/Burden | 16,506 |
| | Flooring | 22,418 |
| | Maintenance, Tools & Supplies | 19,792 |
| | | **58,716** |
| | Overhead at 50% | **29,358** |
| 4) | **Increased Accounting Costs Incurred Because of Issues Before the Court** | **8,000** |
| | Total | **184,806** |