IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 98-168 C; No. 02-1632C<br>Judge Francis M. Allegra |

AFFIDAVIT OF RHONDA SEKYRA

I, Rhonda Sekyra, having personal knowledge of the facts contained in this affidavit and being competent to testify to them hereby state as follows:

1. I am the Treasurer of North Star Alaska Housing Corporation ("North Star").

2. While the stay of litigation is in place, North Star suffers the daily financial impact of the Government's lease violations, which are detailed in its July 15, 2003 status report to the Court. As illustrated by the appended spreadsheet entitled "North Star Increased Costs Because of Stayed Litigation July/August 2003," the financial impact to North Star during July and August 2003 totals approximately $184,806. This figure includes rent withheld by the Government, work authorization amounts not reimbursed by the Government, increased maintenance costs, and increased accounting costs incurred because of the government taking advantage of Lease interpretation which are before the Court. Thus, North Star suffers an approximately $92,403 loss each month that the Court's stay is in place and the Government's conduct under the Lease goes unchecked.

3. To date, no one from the Government has contacted North Star respecting any criminal investigation or potential criminal investigation.

I have reviewed the foregoing affidavit consisting of three (3) numbered paragraphs. I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Executed: September 12, 2003

DEBRA L. FINAMORE NOTARY PUBLIC COMMISSION EXPIRES 03-06-04 STATE OF WASHINGTON

Rhonda Sekyra

Sworn to and subscribed before me
this 12 day of September, 2003

Debra L. Finamore
Notary Public
My Commission expires: 3/6/04

# NORTH STAR
# INCREASED COSTS BECAUSE OF STAYED LITIGATION
# JULY / AUGUST 2003

| | | July/Aug 2003 |
|---|---|---|
| 1) | **Rent Withheld By Government Because of Issues Before the Court** | **25,179** |
| 2) | **Work Authorization (W/A) Amounts Not Reimbursed Because of Issues Before the Court** | |
| | W/A Billed (10% overhead billed plus 40% unbilled anc | 114,289 |
| | W/A Approved by Government | 50,735 |
| | W/A Amounts Not Paid | **63,553** |
| 3) | **Increased Maintenance Costs Incurred Because of Issues Before the Court** | |
| | Salary/Burden | 16,506 |
| | Flooring | 22,418 |
| | Maintenance, Tools & Supplies | 19,792 |
| | | **58,716** |
| | Overhead at 50% | **29,358** |
| 4) | **Increased Accounting Costs Incurred Because of Issues Before the Court** | **8,000** |
| | Total | **184,806** |