IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION, Plaintiff, | ) | No. 98-168C, 02-1632C<br>Judge Francis M. Allegra |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AFFIDAVIT RESPECTING IMPACTS TO NORTH STAR DURING STAY OF PROCEEDINGS**

Plaintiff North Star Alaska Housing Corporation ("North Star") respectfully requests leave to file an Affidavit of North Star's Treasurer, Rhonda Sekyra, for the purpose of informing the Court of events which have transpired during the current stay of proceedings. While mindful of the Court's prior admonition to exercise care in seeking leave for this purpose (see Order dated July 21, 2003), North Star considers the information in the Affidavit of Ms. Sekyra important to the Court's understanding of the impact to North Star of the Government's conduct, including its dramatic reduction of its rent payments to North Star.

Respectfully submitted,

s/ Paul W. Killian

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 887-4000

Dated: November 20, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Leave to File Affidavit Respecting Impacts to North Star During Stay of Proceedings was served electronically this 20th day of November, 2003 on:

Donald E. Kinner, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

s/ Paul W. Killian

Paul W. Killian