IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION, Plaintiff, | ) | No. 98-168 C; No. 02-1632C |
| v. | ) | Judge Francis M. Allegra |
| THE UNITED STATES, Defendant. | ) | |

AFFIDAVIT OF RHONDA SEKYRA

I, Rhonda Sekyra, having personal knowledge of the facts contained in this affidavit and being competent to testify to them hereby state as follows:

1. I am the Treasurer of North Star Alaska Housing Corporation ("North Star").

2. As illustrated by the appended spreadsheet entitled "North Star Increased Costs Because of Stayed Litigation September/October 2003," the financial impact to North Star of the Government's conduct during September and October 2003 totals approximately $288,144. This figure includes rent withheld by the Government, work authorization amounts not reimbursed by the Government, increased maintenance costs, and actual overhead of 50%.

3. The Government has dramatically increased the amount by which it reduces North Star's rent, and has applied deductions for multiple months to a single month's rent payment. For example, the Government deducted $95,988.38 from North Star's October, 2003 rent payment, which included $44,310.72 for alleged excessive

downtime in August, 2003 and $51,677.66 for alleged excessive downtime in September, 2003.

4. As a result of the excessive deduction in rent, in October, 2003, there were insufficient funds available to North Star to pay the escrow holder an amount sufficient to meet the tax or insurance reserves. Continued deductions of this magnitude would threaten a default on the loan.

I have reviewed the foregoing affidavit consisting of four (4) numbered paragraphs. I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Executed: November 19, 2003

Rhonda Sekyra

Sworn to and subscribed before me
this 19 day of November, 2003

Notary Public
My Commission expires: 3/6/04

DEBRA L. FINAMORE
COMMISSION EXPIRES
NOTARY PUBLIC
03-06-04
STATE OF WASHINGTON

# NORTH STAR
# INCREASED COSTS BECAUSE OF STAYED LITIGATION
# SEPTEMBER / OCTOBER 2003

| | | Sept/Oct 2003 |
|---|---|---|
| 1) | **Rent Withheld By Government Because of Issues Before the Court** | **95,989** |
| 2) | **Work Authorizations (W/A) Amounts Not Reimbursed Because of Issues Before the Court** | |
| | W/A Billed (10% overhead billed plus 40% unbilled) | 129,251 |
| | W/A Approved by Government | 48,403 |
| | W/A Amounts Not Paid | **80,848** |
| 3) | **Increased Maintenance Costs Incurred Because of Issues Before the Court** | |
| | Salary/Burden | 23,537 |
| | Flooring | 29,163 |
| | Building Maintenance - W/A | 0 |
| | Maintenance, Tools & Supplies | 21,505 |
| | | **74,205** |
| | Overhead at 50% | **37,102** |
| | Total | **288,144** |