IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| North Star Alaska Housing Corporation, Plaintiff, | ) | |
| v. | ) | No. 02-1632C (Judge Allegra) |
| The United States, Defendant. | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Donald E. Kinner as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Donald E. Kinner
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Dated: December 2, 2003

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director
Commercial Litigation Branch
Civil Division
Telephone: 202-616-0392

Certificate of Filing

I hereby certify that on December 2, 2003 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald E. Kinner