IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., Plaintiff, | ) | |
| v. | ) | No. 02-1632C, No. 98-168C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT
AND IN CAMERA SUBMISSION
OF SUPPORTING DECLARATION

Pursuant to the Court's April 3, 2003 Order, defendant, the United States, submits this status report and the enclosed declaration for in camera consideration by the Court.

The declaration reports that the criminal investigation of North Star is continuing with substantial tasks currently underway and planned. See Affidavit of Jerry A. Cape, January 7, 2004 at ¶¶ 2-4. The declaration has been submitted to the Court separately, in camera. Defendant’s counsel received Mr. Cape’s declaration electronically on January 3, 2004. Unfortunately, he incorrectly dated the declaration January 7, 2004. Mr. Cape is aware of the typographical error, however, he is on travel. Accordingly, upon his return he will provide a correctly dated declaration, for which we will seek leave to transmit to the Court at that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

Anne Nelson Roth
Assistant District Counsel
United States Army Corps of Engineers
Alaska District

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561

Attorneys for the Defendant

January 5, 2004

Certificate of Filing

I hereby certify that on January 5, 2004 a copy of foregoing “DEFENDANT'S STATUS REPORT AND IN CAMERA SUBMISSION OF SUPPORTING DECLARATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald E. Kinner