IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., Plaintiff, | ) | |
| v. | ) | Nos. 98-168C, 02-1632C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO
FILE DEFENDANT'S IN CAMERA SUBMISSION

Pursuant to the Court's April 3, 2003 Order, on January 5, 2004 defendant filed a status report with a declaration by Jerry A. Cape for in camera consideration by the Court. As noted in that report, defendant's counsel received Mr. Cape's declaration electronically on January 3, 2004, however, he incorrectly dated the declaration January 7, 2004. Mr. Cape has provided a correctly dated declaration to defendant's counsel. Accordingly, we respectfully request leave to submit to the Court the enclosed corrected declaration in camera.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

ANNE N. ROTH
Assistant District Counsel
United States Army Corps of Engineers
Alaska District

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Attorneys for the Defendant

January 16, 2004

Certificate of Filing

I hereby certify that on January 16, 2004 a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S IN CAMERA SUBMISSION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald E. Kinner