IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION, Plaintiff, | ) | No. 98-168 C; 02-1632C; 03-2699C<br>Judge Francis M. Allegra |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S REQUEST FOR PARTIAL LIFT OF STAY**

Pursuant to the letter of Mr. Crandon Randell dated April 30, 2004 (attached as Exhibit 1), and defendant's Submission and Motion dated May 3, 2004, plaintiff requests that the Court modify the suspension of these cases to permit briefing and decision upon the Motion for Summary Judgment filed by North Star Alaska Housing Corporation on March 28, 2003.

By virtue of the May 3, 2004 filing by the defendant, it is believed that the defendant joins in this request.

Respectfully submitted,

s/Paul W. Killian
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 887-4000
Attorney for Plaintiff

Of Counsel:
JOHN SPENCER STEWART
Stewart Sokol & Gray LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699

DATED: May 5, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Request for Partial Lift of Stay was served electronically this 5th day of May, 2004 on:

Donald E. Kinner, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

__________________________
s/Paul W. Killian

# EXHIBIT 1

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

COPY

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*

*Commercial: (907) 271-5071*
*Fax Number: (907) 271-3224*

April 30, 2004

Michael R. Spaan, Esq.
Patton Boggs, LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501

Re: North Star Alaska Housing Corporation

Dear Mr. Spaan:

North Star has expressed an interest in litigating the Summary Judgment motion filed by them on March 28, 2003. The government will shortly be filing a declaration, signed by me, regarding the status of the case, which contains the following language pertinent to the summary judgment issue:

"As part of discussions regarding evidentiary concerns in the criminal investigation, the criminal defense counsel for North Star requested that the Government agree to a request to lift the stay of the civil proceedings. I inquired of Mr. Donald Kinner, the attorney of record for the Government in the civil cases, whether the stay of the civil proceedings could be modfied to permit proceedings related to North Star's Motion for Summary Judgment, filed on March 28, 2003, to continue before the Court of Federal Claims in order to reduce delay of the civil proceedings. Mr. Kinner informed me that he would agree to a joint request with North Star to the Court to modify the suspension for this purpose. I support this agreement to the extent proceedings remain focused on the issues addressed in North Star's Summary Judgment Motion, and do not lead to further discovery before the criminal investigation is complete."

Sincerely yours,

Crandon Randell
Assistant U.S. Attorney