# In The United States Court of Federal Claims

No. 02-1632 C

(Filed: July 7, 2004)

NORTH STAR ALASKA HOUSING
CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 1, 2004, defendant filed a status report in which it indicated that the United States Attorney is discontinuing the criminal investigation of plaintiff and in which it requested that the stay in this case be lifted. The stay in this case is hereby lifted and, on or before August 6, 2004, defendant shall file its answer to plaintiff's complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge