ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 7 2004
U.S. COURT OF FEDERAL CLAIMS
By leave of the Judge

NORTH STAR ALASKA HOUSING CORP., Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 02-1632C
(Judge Allegra)

DEFENDANT'S STATUS REPORT

Pursuant to the Court's January 6, 2004 Order, defendant, the United States, submits this status report.

Defendant's counsel has been informed by the First Assistant United States Attorney, Ms. Deborah Smith that the United States Attorney will not continue the criminal investigation of North Star.

Accordingly, we recommend that the Court remove the stay upon this case.

Based upon the date the stay was entered in this case, there remain only eight days within which defendant is to file an answer to the complaint. We respectfully request that the Court allow 60 days within which we may respond to the substantial complaint in this case. Defendant will require the full amount of time allowed by RUSCFC 12 for a response to this complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:

Anne Nelson Roth
Assistant District Counsel
United States Army Corps of Engineers
Alaska District

Donald E. Kinner by C. J. Craig

DONALD E. KINNER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561

July 1, 2004

Attorneys for the Defendant

We have previously filed documents electronically in this case. See ECF activity notice. We prepared this document for electronic filing. See attached PDF version. Despite prior filings, the CM/ECF system would not accept this document for electronic filing. Accordingly, this document has been filed in paper copy because the CM/ECF system identified this case as not an ECF case. The ECF notice states no filing may be submitted electronically, and that filings must be made in paper form with the clerk. See attached ECF notice. Defendant's counsel sought assistance from the clerk's office and the ECF help line, however, these calls were made after the hours in which assistance was available. Messages were left concerning our request for assistance.

From: uscfc_cmecf@ao.uscourts.gov
Sent: Tuesday, December 02, 2003 1:33 PM
To: uscfc_cmecf@ao.uscourts.gov
Subject: Activity in Case 1:02-cv-01632-FMA NORTH STAR ALASKA v. USA "Notice of Appearance"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

US Court of Federal Claims
United States Court of Federal Claims

Notice of Electronic Filing
The following transaction was received from Kinner, Donald Evan entered on 12/2/2003 at 1:32 PM EST and filed on 12/2/2003

Case Name: NORTH STAR ALASKA v. USA
Case Number: 1:02-cv-1632 http://ecf.cofc.uscourts.gov/cgi-bin/DktRpt.pl?1518

Document Number: 14
Copy the URL address on the line below into the location bar of your Web browser to view the document:
http://ecf.cofc.uscourts.gov/cgi-bin/show_case_doc?14,1518,,75830078,

Docket Text:
NOTICE of Appearance by Donald Evan Kinner for USA. (Kinner, Donald)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1028296801 [Date=12/2/2003] [FileNumber=123945-0]
[8acc6ea7885f6e61e38981454443698f545053458ff950451f344627ef8ac32cf97acd3fb9d4556e8e53e34d126500e2eacb927486e1969a1d25f137674cff2b]]

1:02-cv-1632 Notice will be electronically mailed to:
Paul Wesley Killian pkillian@akingump.com

Donald Evan Kinner Donald.Kinner@usdoj.gov, national.courts@usdoj.gov

1:02-cv-1632 Notice will not be electronically mailed to:

Docket No. ~~7/2/04~~ 2-1632

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Allegra
FROM: CLERK'S OFFICE

The attached was received on 7/2/04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ____ | Re: ________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. X This case has been designated as an *ECF* case.
8. ____ ________

I.T.
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**, → please scan documents

***PURSUANT TO THE ACCOMPANYING ORDER:***
***(Note - This is a separately written order)***

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

Signature [signature]

Date 7/8/04