IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-1632C |
| v. | ) | |
| | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 that plaintiff is "an Alaska corporation with its principal offices at 937 Harvard Avenue East, Seattle, Washington 98012" for lack of knowledge or information sufficient to form a belief as to their truth. Admits the remainder of the allegations contained in paragraph 2.

3. Admits.

4. Admits the allegations contained in the first sentence of paragraph 4 to the extent supported by the lease cited, which is the best evidence of its contents; otherwise the allegations contained in the first sentence of paragraph 4 contain conclusions of law and plaintiff's characterization of its case, to which no answer is required. Admits the allegations contained

in the second sentence of paragraph 4 to the extent supported by the statute cited, which is the best evidence of its contents.

5. The allegations contained in paragraph 5 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

6. The allegations contained in paragraph 6 constitute plaintiff's characterization of its case and of the relief that it seeks, to which no answer is required.

7. The allegations contained in the first sentence of paragraph 7 constitute conclusions of law, to which no answer is required. Admits the allegations contained in the second sentence of paragraph 7 to the extent supported by the request cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 7. Admits the allegations contained in the third sentence of paragraph 7 to the extent supported by the receipt cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third sentence of paragraph 7. The allegations contained fourth sentence of paragraph 7 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the fifth, sixth, and last sentences of paragraph 7 to the extent supported

by the contracting officer letter cited, which is the best evidence of its contents; otherwise denies the allegations contained in the fifth, sixth, and last sentences of paragraph 7.

8. Admits the allegations contained in the first sentence of paragraph 8 to the extent supported by the Notice of Directly Related Cases cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 8. Admits the allegations contained in the second sentence of paragraph 8 to the extent supported by the stay cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 8. Denies the allegations contained in the third sentence of paragraph 8.

9. Admits the allegations contained in paragraph 9 to the extent supported by the Request for Proposals cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9.

10. Admits the allegations contained in the first sentence of paragraph 10 to the extent supported by the proposal cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 10. Admits the allegations contained in the second sentence of paragraph 10 to the extent supported by the contract award cited, which is the best evidence of its contents; otherwise denies the

allegations contained in the second sentence of paragraph 10. Admits the allegations contained in the third sentence of paragraph 10 (including its sub-parts) to the extent supported by the contract documents cited, which are the best evidence of its contents; otherwise denies the allegations contained in the third sentence of paragraph 10.

11. Admits the allegations contained in paragraph 11 to the extent supported by the lease cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 11. The allegations contained in the last sentence of paragraph 11 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

A. The allegations contained in paragraph A constitute plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

12. Admits the allegations contained in paragraph 12 to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 12 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

13. Admits the allegations contained in paragraph 13 to the extent supported by the handbook cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 13.

14. Denies.

15. Denies.

16. Denies.

17. Admits the allegations contained in the last clause of paragraph 17 to the extent supported by the lease cited, which is the best evidence of its contents. Denies the remaining allegations contained in paragraph 17.

18. The allegations contained in paragraph 18 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

B. The allegations contained in paragraph B constitute plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

i. Paragraph B(i) contains no allegations, to the extent that it is deemed to contain allegations, they are denied.

19. The allegations contained in paragraph 19 constitute plaintiff's characterization of its case, to which no answer is

required. To the extent they may be deemed allegations of fact, they are denied.

20. Admits the allegations contained in paragraph 20 to the extent supported by the handboook cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. The allegations contained in paragraph 21 constitute plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

22. Denies.

23. Denies.

24. Denies.

25. Denies.

26. Denies.

27. Denies.

28. Admits the allegations contained in the first two sentences of paragraph 28 to the extent supported by the lease cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first two sentences of paragraph 28. Denies the allegations contained in the last sentence of paragraph 28.

29. Denies.

30. Denies the allegations contained in paragraph 30 for lack of knowledge or information sufficient to form a belief as to their truth.

iv. The allegations contained in paragraph iv constitute plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

31. Denies.

32. The allegations contained in paragraph 19 constitute plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

C. The allegations contained in paragraph C constitute conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

33. Admits the allegations contained in the last sentence of paragraph 33 to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 33 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

34. Admits the allegations contained in the first sentence of paragraph 34 that the Government has adopted the position that plaintiff's approval is not required; otherwise denies the

allegations contained in the first sentence of paragraph 34. The allegations contained in the second sentence of paragraph 34 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the materials cited, which are the best evidence of their contents; otherwise denies the allegations contained in the last sentence of paragraph 34.

35. Denies the allegations contained in paragraph 35 for lack of knowledge or information sufficient to form a belief as to their truth.

36. Admits the allegations contained in the last clause of the first sentence of paragraph 36; otherwise, the allegations contained in the paragraph 36 constitute plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

37. The allegations contained in the paragraph 37 constitute plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

D. The allegations contained in paragraph D constitute conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

38. Admits the allegations contained in paragraph 38 to the extent supported by the lease cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 37.

39. Admits the allegations contained in paragraph 39 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 39 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

40. Admits the allegations contained in paragraph 40 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 40 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

41. Admits the allegations contained in paragraph 41 to the extent supported by the lease cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 41.

42. Admits the allegations contained in paragraph 42 to the extent supported by the decision cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 42.

43. Admits the allegations contained in paragraph 43 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 43 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

44. Admits the allegations contained in paragraph 44 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 44 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

45. The allegations contained in paragraph 45 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

46. The allegations contained in the paragraph 46 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

47. The allegations contained in the paragraph 47 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

E. The allegations contained in paragraph E constitute plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

48. The allegations contained in the paragraph 48 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

E.i. Denies.

49. Admits the allegations contained in the first two sentences of paragraph 49 to the extent supported by the lease and work authorization cited, which are the best evidence of their contents; otherwise denies the allegations contained in the first two sentences of paragraph 49. The remaining allegations contained in paragraph 49 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

E.ii. Denies.

50. Admits the allegations contained in paragraph 50 regarding the contents of the lease and list to the extent supported by the lease and list cited, which are the best evidence of their contents; otherwise, the allegations contained in paragraph 50 constitute conclusions of law, to which no answer

is required; to the extent they may be deemed allegations of fact, they are denied.

E(iii). The allegations contained in paragraph E(iii) constitute plaintiff's conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

51. Denies.

52. Admits the allegations contained in paragraph 52 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 52 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

E(iv). Denies.

53. The allegations contained in the first sentence of paragraph 53 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the allegations contained in second sentence of paragraph 53 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the third sentence of paragraph 53.

54. Denies.

55. The allegations contained in paragraph 55 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

56. Admits the allegations contained in the first sentence of paragraph 56 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in the first sentence of paragraph 56 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

57. The allegations contained in the first sentence of paragraph 57 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the remaining allegations contained in paragraph 57.

E(vii). Admits the allegations contained in paragraph E(vii) work authorizations cited; otherwise denies the allegations contained in paragraph E(vii).

58. The allegations contained in the first two clauses of paragraph 58 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the remaining allegations contained in paragraph 58.

F. The allegations contained in paragraph F constitute plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

F(i). The allegations contained in paragraph F(i) constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

59. Admits the allegations contained in the first two sentences of paragraph 59 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in the first two sentences of paragraph 59 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the remaining allegations contained in paragraph 59.

60. Admits the allegations contained in paragraph 60 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 60 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

61. Denies the allegations contained in the first sentence of paragraph 61. The allegations contained in the second

sentence of paragraph 61 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

F(ii). The allegations contained in paragraph F(ii) constitute plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

62. Admits the allegations contained in the first sentence of paragraph 62 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in the first sentence of paragraph 62 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the remaining allegations contained in paragraph 62.

F(iii). The allegations contained in paragraph F(iii) constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

63. Admits the allegations contained in the first sentence of paragraph 63 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in the first

sentence of paragraph 63 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the remaining allegations contained in paragraph 63.

F(iv). The allegations contained in paragraph F(iv) constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

64. Denies.

65. Denies.

66. Denies the allegations contained in the first sentence of paragraph 66. Admits the allegations contained in the second sentence of paragraph 66 to the extent supported by the lease cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 66.

67. Admits the allegations contained in paragraph 67 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 67 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

68. The allegations contained in paragraph 68 constitute plaintiff's characterization of its case and conclusions of law,

to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

F(v). The allegations contained in paragraph F(v) constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

69. The allegations contained in the first sentence of paragraph 69 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

70. Admits.

71. Denies.

72. Denies.

73. Denies.

74. Denies.

75. Denies.

76. Denies.

G. Denies.

77. Admits the allegation that incentive fee awards are determined by an Incentive Fee Board based upon performance. Otherwise, the allegations contained in paragraph 77 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

78. Denies.

79. Denies.

80. Denies.

81. Denies.

82. Admits the allegations contained in paragraph 82 regarding the contents of the lease to the extent supported by the lease cited, which is the best evidence of its contents; otherwise, the allegations contained in paragraph 82 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

H. Denies.

83. The allegations contained in paragraph 83 constitute plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

84. Denies.

85. The allegations contained in paragraph 85 constitute plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

86. The allegations contained in paragraph 86 constitute plaintiff's characterization of its case, to which no answer is

required; to the extent they may be deemed allegations of fact, they are denied.

87. The allegations contained in paragraph 87 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

88. The allegations contained in paragraph 88 constitute plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

89. The allegations contained in paragraph 89 constitute plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

90. Defendant's responses to paragraphs 1 through 89 of the complaint are incorporated by reference.

91. The allegations contained in paragraph 91 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

92. Denies that plaintiff has suffered any damages. Otherwise, the allegations contained in paragraph 92 constitute conclusions of law and plaintiff's characterization of its case,

to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

93. Defendant's responses to paragraphs 1 through 92 of the complaint are incorporated by reference.

94. The allegations contained in paragraph 94 constitute conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

95. The allegations contained in paragraph 94 constitute conclusions of law, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

96. Denies that plaintiff has suffered any damages. Otherwise, the allegations contained in paragraph 96 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

97. Defendant's responses to paragraphs 1 through 96 of the complaint are incorporated by reference.

98. Denies.

99. Denies that plaintiff is entitled to the relief set forth in paragraph 99.

100. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 99, or to any relief whatsoever.

101. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7644

Attorneys for Defendant

OF COUNSEL
WILLIAM. M. EDWARDS
Assistant District Counsel
United States Army Corps of Engineers
Alaska District

August 6, 2004

Certificate of Filing

I hereby certify that on August 6, 2004, a copy of the foregoing Defendant's Answer was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald E. Kinner