IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 98-168 C; No. 02-1632C; No. 03-2699C<br>Judge Francis M. Allegra |

AFFIDAVIT OF DEB REESE

I, Deb Reese, having personal knowledge of the facts contained in this affidavit and being competent to testify to them hereby state as follows:

1. I am the Office Administrator at North Star Alaska Housing Corporation in Fort Wainwright, Alaska.

2. On Tuesday, August 17, 2004, as I was leaving North Star's offices at approximately 4:30 p.m., I heard motorized sounds coming from the Government's office.

3. I looked into the Government's office and observed approximately three people whom I had never seen before standing around the Contracting Officer's Representative, Rodney Everett. I observed a tall woman with blonde hair standing with her back to me, holding a stack of documents which appeared to be approximately 20 pages thick, and running these documents through a paper shredder.

4. At the same time that I observed documents being run through a paper shredder, I observed another person standing in front of the photocopier, making copies of documents.

I have reviewed the foregoing affidavit consisting of four (4) numbered paragraphs. I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Executed: August 26 2004

Deb Reese

Sworn to and subscribed before me
this 26th day of August, 2004

Notary Public
My Commission expires: 7/25/07

STATE OF ALASKA
NOTARY PUBLIC
*Blanche Sam*
My Commission Expires 7/25/07



PAGE 3/3 * RCVD AT 8/26/2004 5:54:04 PM [Eastern Daylight Time] * SVR:FAX01/1 * DNIS:27788 * CSID:907 356 1575 * DURATION (mm-ss):01-40